240 So.2d 373

**Clama HEBERT et al.**

**v.**

**STATE of Louisiana, Through the DEPART-
MENT OF HIGHWAYS.**

No. 50884.

Nov. 9, 1970.

Writ denied. On the facts found by the
Court of Appeal there appears no error of
law in its judgment.

SANDERS and SUMMERS, JJ., are of
the opinion that a writ should be granted.

. 240 So.2d 373

**Alexander SAS JAWORSKY**

**v.**

**Pierre LeBLANC.**

No. 50935.

Nov. 9, 1970.

Writ denied. On the facts found by the
Court of Appeal there is no error of law
in the judgment complained of.